In the Matter of the Application of GEORGE E. MULRY, Petitioner, for a Certiorari Order against CORTLAND A. JOHNSON, Judge of the County Court of Nassau County, Respondent.— Determination adjudging petitioner guilty of a criminal contempt of court unanimously confirmed, with ten dollars costs and disbursements to respondent, and certiorari proceeding dismissed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ.

In the Matter of the Petition of FANNIE STUPACK to Render and Settle Her Account as General Guardian of LILLIAN STUPACK, an Infant, etc. FANNIE STUPACK, General Guardian of LILLIAN STUPACK, an Infant, etc., and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellants; CYRUS S. JULLIEN, as Special Guardian for LILLIAN STUPACK, an Infant, etc., Respondent.— Appeal by Fannie Stupack, as general guardian of Lillian Stupack, an infant, and by Fidelity and Deposit Company of Maryland, surety on her official bond, from a decree of the Surrogate's Court, Kings county, to the extent that it surcharges the general guardian with the amount of certain investments, commonly called " group mortgage certificates," in the sum of $27,500, with interest at the rate of five and one-half per cent per annum from the dates the investments were made, less the amount of interest actually received. Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs, payable out of the estate, to all parties filing briefs. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ. [154 Misc. 759.]